**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, <br> PLAINTIFF <br> v. <br> Bryan Chavarria-Bucio <br> DEFENDANT(S) | CASE NUMBER <br><br> 5:25-mj-00078-DUTY <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _The Government_ , IT IS ORDERED that a detention hearing is set for _March 13_ , _2025_ , at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _David T. Bristow_ , in Courtroom _4_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _3/3/2025_

_[signature: David T. Bristow]_
U.S. ~~District Judge~~/Magistrate Judge